UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COREY JAMAL HAMILTON,

        Petitioner,        Case No. 1:13-cv-405

v.        Honorable Paul L. Maloney

WILLIE SMITH,

        Respondent.
_____/

## **ORDER**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.


Dated:   August 1, 2013                  /s/ Paul L. Maloney
                                                                        Paul L. Maloney
                                                                          Chief United States District Judge