UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


COREY JAMAL HAMILTON,

        Petitioner,          Case No. 1:13-cv-405

v.          Honorable Paul L. Maloney

WILLIE SMITH,

        Respondent.
_____/

## **JUDGMENT**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's application for habeas corpus relief be **DISMISSED** with prejudice pursuant to Rule 4 of the Rules Governing § 2254 Cases because it fails to raise a meritorious federal claim.


Dated:   August 1, 2013            /s/ Paul L. Maloney
                                                                                           Paul L. Maloney
                                                                                          Chief United States District Judge